# ADDENDUM TO AMENDED CHAPTER 13 PETITION

**Section 9. Other Bankruptcy Filings**

District: Western Dist. of WA        Filing Date: 11/28/18        Case No.: 2:2018bk14554

District: Western Dist. Of WA        Filing Date: 6/27/19        Case No.: 2:2019bk12427