# CREDITOR'S LIST – Chris Greer

## Case No. 22-12079

PHH
P.O. Box 5452
Mount Laurel, NJ 08054-5452

IRS
915 2nd Ave M/S 244
Seattle, WA 98174

Grace Chu
McCarthy Holthus, LLP
108 1st Avenue South, Suite 400
Seattle, WA 98104