Form ntcdefi (07/2021)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

| | | |
|---|---|---|
| In Re: | Chris Greer | Case No.: 22–12079–CMA |
| | Debtor(s). | Chapter: 13 |

---

## NOTICE OF DEFICIENT FILING

## FOR INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, filed on **December 30, 2022**, contains one or more filing deficiencies which must be corrected. **Failure to cure the deficiencies on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**      **January 10, 2023**

Creditor list – PDF docketed to the case and .txt file uploaded


**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**      **January 17, 2023**


Summary of Your Assets and Liabilities and Certain Statistical Information – Individual
Schedules A/B thru J
Statement of Financial Affairs
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
Chapter 13 Plan


**CREDIT COUNSELING REQUIREMENT:**

This requirement has not been satisfied.
In accordance with Fed.R.Bankr.P.Rule 1007(b), a certificate of completion or a statement of compliance with the credit counseling requirement is due at the time a new case is commenced. 11 U.S.C. § 109(h) states each debtor is required to have completed a credit counseling course within 180 days prior to filing a new case.


**PAYMENT OF FEES:**

Visit the court's website at www.wawb.uscourts.gov to pay filing fees online or mail a cashier's check or money order, made payable to the U.S. Bankruptcy Court, to the address provided above. Personal checks and bill pay checks tendered for payment of filing fees will not be accepted from Debtors.


DATED: **January 3, 2023**

Gina Zadra Walton
Clerk of the Bankruptcy Court